Joe LIGHT v. UNITED STATES of America.

No. 5706.

Circuit Court of Appeals, Sixth Circuit.

Jan. 9, 1931.

Thos. Crutchfield, of Chattanooga, Tenn., for appellant.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

1078

PER CURIAM.

Judgment of District Court affirmed by court order.